

# In the Missouri Court of Appeals
# Eastern District

AUGUST 18, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED101463    STATE OF MISSOURI, RES V JOSEPH HORTON, APP

2.      ED101622 STATE OF MISSOURI, RES V WALTER L. GRIFFITH, APP

3.      ED102170 K. M., RES V CITY OF CRESTWOOD, DFT